

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-13-00732-CV

In the **INTEREST OF J.M.S.**, a Child

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2008-CI-00346
Honorable David A. Canales, Judge Presiding

PER CURIAM

Sitting:     Marialyn Barnard, Justice
             Rebeca C. Martinez, Justice
             Patricia O. Alvarez, Justice

Delivered and Filed:  March 5, 2014

DISMISSED FOR WANT OF PROSECUTION

Appellant R.S. appeals the trial court's order signed August 16, 2014.  On December 6, 2013, appellant's counsel filed a letter stating the parties had settled and appellant desired to dismiss the appeal.  The clerk's office of this court informed counsel that appellant was required to file a motion to dismiss.  Appellant's counsel advised that a motion would be forthcoming. However, when counsel failed to file the motion by January 2, 2014, the clerk's office contacted counsel.  Counsel's office advised that counsel was on vacation, but a motion to dismiss would be filed the week of January 13, 2014.  Again, no motion was filed.

The filing of the reporter's record was pending at the time counsel informed this court the parties had settled and a motion to dismiss would be filed.  The reporter advised this court that counsel told the reporter not to file the record.  Based on the representation to the reporter, the

record was complete. Accordingly, on January 28, 2014, we ordered appellant to file appellant's brief on or before February 12, 2014. We advised appellant that if she failed to file a brief by the date ordered, we would dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a). Appellant has not filed a brief.

We therefore **order** this appeal dismissed for want of prosecution. We further **order** that appellee J.S. recover his costs in this appeal from appellant R.S.

PER CURIAM